AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

865265K

FILED
SEP 18 2013

United States of America

v.

**Andres Rios**

*Defendant*

Case No.   **CR-12-00172-LHK**

**1:13-MJ-00192-BAM**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Andres Rios** ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition X Supervised Release Violation Petition ☐ Violation Notice Order of the Court

This offense is briefly described as follows:

# 18:3583 - Violation of Supervised Release

Date:   **Apr 13, 2012**

*Cita F. Escolano*
*Issuing officer's signature*

City and state:   **San Jose, CA**

**Cita F. Escolano-CR CSA**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____     2012 APR 13 PM 2:00     *Arresting officer's signature*     U.S. MARSHAL RECEIVED     *Printed name and title* |

FILED

APR 13 2012

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

---

### Petition for Arrest Warrant for Offender Under Supervision

---

**Name of Offender**
Andres Rios

**Docket Number**
CR12-00172 LHK

SEALED BY ORDER OF COURT

**Name of Sentencing Judge:**  The Honorable John A. Houston
U.S. District Judge

**Date of Original Sentence:**  September 6, 2011

**Original Offense**
Count One: Bringing in Illegal Aliens Without Presentation, 8 U.S.C. § 1324(a)(@)(B)(iii) and
18:2, a Class C Felony

**Original Sentence:** Time Served and 2 years Supervised Release.
**Special Conditions:** no alcohol; drug/alcohol treatment; search; not enter Mexico; report all
vehicles owned or operated, mental health counseling.

On March 9, 2012, jurisdiction was transferred from the Southern District of California to the
Northern District of California

**Prior Form(s) 12:** On February 13, 2012, the offender's conditions of supervision were
modified to include drug/alcohol treatment, mental health counseling and abstain from all
alcohol. This came as a result of the offender testing positive for marijuana on September 15,
2011.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Duty AUSA

**Date Supervision Commenced**
September 6, 2011
**Defense Counsel**
Duty (AFPD)

---

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Janie Zhuang, a Probation Officer employed in the United States District Court for the
Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the
best of my information and belief, the facts set forth in this affidavit are true and correct. The
factual affirmations made below are based on my personal knowledge, on official records or

NDC-SUPV-FORM 12C(2) 02/26/10

RE:   Rios, Andres
Docket CR12 00172 LHK

2

documents generated and maintained by my agency in the course of performing its functions, on
official records or documents generated and maintained by other government agents or agencies
in the course of performing their functions, or on information provided to me orally or
electronically by employees or agents of other public agencies (information developed or
acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the mandatory condition which states that the defendant shall not commit another federal, state or local crime in that he violated Penal Code § 314.1-Indecent Exposure.<br><br>According to the Hollister Police Department report number 12-0858, Officer Wells was dispatched to contact a victim who reported that the offender exposed his penis to her. The victim stated that she was leaving her residence at approximately 6:15 p.m.. After placing her small children inside her vehicle, she saw her neighbor (the offender) standing naked in front of an open window. She was so upset by his actions that she did not want to return home. The victim stated that the offender had exposed himself a couple of months prior and that nothing was done about it.<br><br>The offender was later arrested and booked into the San Benitez county jail.<br><br>Evidence of this violation can be found in the Hollister Police Department report number 12-0858. |
| Two | There is probable cause to believe that the offender violated standard condition number seven, which prohibits him in part, from purchase, possess, distribute, or administer any controlled substance, in that the offender admitted to using marijuana on April 11, 2012, and he was found to be in possession of marijuana.<br><br>On April 11, 2012, during an unannounced home visit, United States Probation Officer (USPO) Ricard and I noticed an odor of marijuana in the offender's bedroom. Upon questioning, the offender admitted to smoking marijuana that same day. As requested, he surrendered the remaining marijuana that he had in his possession. A urinalysis was conducted at the offender's home and was presumptive positive test for marijuana. This sample was sent to the laboratory for confirmation.<br><br>Evidence of this violation can be found in the testimony of USPO Ricard and the undersigned probation officer. |

RE:   Rios, Andres
Docket CR12 00172 LHK

3

Three

There is probable cause to believe that the offender violated special condition number three, which states that the defendant shall abstain from the use of all alcoholic beverages, in that on April 11, 2012, the offender admitted to drinking beer on a weekly basis.

On April 11, 2012, USPO Ricard and I made an unannounced home visit. During the home inspection, we noticed multiple beer cans in the offender's recycle bin. Upon questioning, the offender admitted to drinking beer on a weekly basis.

Evidence of this violation can be found in the testimony of USPO Ricard and the undersigned probation officer.

Based on the foregoing, there is probable cause to believe that Andres Rios Jr. violated the conditions of his probation. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

Approved as to form:

Janie Zitaang
U.S. Probation Officer
Date Signed: April 13, 2012

Joanna Sparks
Supervisory U.S. Probation Officer

**RE:**   Rios, Andres
Docket CR12 00172 LHK

4

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of probation and orders:

☐ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE, UNTIL EXECUTED WARRANT IS RETURNED FROM THE U.S. MARSHAL. THE FORM 12 WILL BE AUTOMATICALLY UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:


_____4/13/12_____          _____Lucy H Koh_____
Date                                          Lucy H. Koh
                                              U.S. District Judge

NDC-SUPV-FORM 12C(2) 02/26/10

**RE:   Rios, Andres**
Docket CR12 00172 LHK

5

## APPENDIX

**Grade of Violations:  C**

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 2 years<br>18 U.S.C. § 3583(e)(3) | 3-9 months<br>USSG § 7B1.4(a) |
| **Supervised Release:** | 3 years<br>18 U.S.C. §3583(h) | 3 years<br>USSG § 7B1.3(g)(2) |
| **Probation:** | NA | NA |

**NDC-SUPV-FORM 12C(2) 02/26/10**